## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

JO-ANN MESSERLIAN,

v.                                                           C.A. No. 09-393 S

A.O. SMITH CORPORATION,
ET AL.;

ARLETTA CONE,

v.                                                           C.A. No. 09-394 S

AGCO CORPORATION,
ET AL.;

JANICE MAKIN

v.                                                           C.A. No. 09-395 S

84 LUMBER COMPANY,
ET AL.;

LISA and CRAIG KROSKOB,

v.                                                           C.A. No. 09-396 S

AAMCO TRANSMISSIONS, INC.,
ET AL.

### ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on December 29, 2009, in the above-captioned matters is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objections having been filed to the Report & Recommendation, Plaintiffs' Motions to Remand are hereby GRANTED and the cases are remanded to Rhode Island Superior

Court, Providence County pursuant to 28 U.S.C. §1334(c)(1) and 28 U.S.C. §1452(b); further, Plaintiffs' Request for a Discretionary Award of Attorneys' Fees is DENIED.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 1/21/10